UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MABIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:13CV02469 ERW |
| | ) | |
| CHIEF DEPUTY CLERK, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff=s notice of appeal. Plaintiff has not paid the appellate filing fee, and this Court will not permit plaintiff to proceed in forma pauperis on appeal because it has certified that an appeal in this case would not be taken in good faith. See 28 U.S.C. ' 1915(a)(3). Plaintiff's allegations are both frivolous and malicious. It is apparent that plaintiff's purpose for filing this case was harassment and not the vindication of a cognizable legal right. As a result, the Court will order plaintiff either to pay the $505 appellate filing fee or to file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will not allow plaintiff to proceed in forma pauperis on appeal.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $505 appellate filing fee or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

So Ordered this 22nd day of April, 2014.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE